WISE et al. v. COHEN et al.

(Supreme Court, Appellate Division, First Department. June 15, 1906.)

Appeal from Special Term, New York County.

Action by John S. Wise and another against Pauline Cohen and others. From an order requiring defendants to prepare judgment roll and enter judgment, they appeal. Reversed.

Argued before O'BRIEN, P. J., and PATTERSON, INGRAHAM, LAUGHLIN, and CLARKE, JJ.

E. W. S. Johnston, for appellants.
Evan Shelby, for respondents.

INGRAHAM, J. This is an appeal from an order of the Special Term requiring the defendants to prepare a judgment roll and enter judgment signed by the trial justice, and, in the event of their failure to prepare such judgment roll and enter judgment within three days after service of said order, plaintiffs are given leave to prepare the judgment roll and enter judgment thereof.

The facts are stated in an opinion in another appeal in the same action (decided herewith) 99 N. Y. Supp. 663, and for the reasons there stated the order appealed from must be reversed, and the motion denied, with $10 costs, wthout disbursements. All concur, except LAUGHLIN, J., who dissents.

LAUGHLIN, J. I dissent in so far as costs and disbursements are not allowed to the appellant.